Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
LEHMAN BROTHERS INC., LEHMAN
COMMERCIAL PAPER INC. and LEHMAN
BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

JORGE GARCIA,                                                    Index No.: 07-CV-05291

       Plaintiff(s),            **NOTICE OF ADOPTION OF ANSWER**
                                                                 **TO MASTER COMPLAINT**
 -against-
                                                                 **ELECTRONICALLY FILED**
90 CHURCH STREET LIMITED
PARTNERSHIP, *et. al.*,

       Defendant(s).
------------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  WHEREFORE, the defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
May 22, 2008

>Yours etc.,
>
>McGIVNEY & KLUGER, P.C.
>Attorneys for Defendants
>LEHMAN BROTHERS INC., LEHMAN
>COMMERCIAL PAPER INC. and LEHMAN
>BROTHERS HOLDINGS INC.
>
>By: _____
>Richard E. Leff (RL-2123)
>80 Broad Street, 23rd Floor
>New York, New York 10004
>(212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
Plaintiffs Liaison
In Re Lower Manhattan Disaster Site
Litigation
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

All Defense Counsel